The Honorable James L. Robart

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MKB CONSTRUCTORS, a Washington joint venture,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN ZURICH INSURANCE COMPANY, an Illinois corporation,<br><br>Defendant. | Case No. 2:13-cv-00611-JLR<br><br>[~~PROPOSED~~]<br><br>**ORDER GRANTING THE PARTIES' STIPULATION TO DISCHARGE SUPERSEDEAS BOND NUMBER CGB 7644453** |

THIS MATTER came before the Court on the Stipulation of the parties American Zurich Insurance Company ("Zurich"), Defendant, and MKB Constructors, Plaintiff, to discharge Supersedeas Bond Number CBG 7644453 ("Bond"). The Bond was posted by Zurich in the amount of $2,000,000.00, with the Fidelity and Deposit Company of Maryland as surety. The Court has been advised that the full amount of the judgment, interest, costs, and attorneys' fees have been remitted and the judgement satisfied. Therefore, the Bond is no longer required and should be discharged and the Fidelity and

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO DISCHARGE SUPERSEDEAS BOND NUMBER CGB 7644453

Case No. 2:13-cv-00611-JLR

1

**Mound Cotton Wollan & Greengrass**
2200 Powell Street, Suite 1125
Emeryville, CA 94608
Tel: (510) 900-9371
Fax: (510) 900-9381

Deposit Company of Maryland, its parents, affiliates, and subsidiaries released from any and all liability.

Being fully advised to the basis of the Stipulation, it is ORDERED AND ADJUDGED that:

1) The judgment has been fully satisfied, as evidenced by the Satisfaction of Judgment filed in this Court by the Plaintiff on October 18, 2017.

2) The Bond is no longer required and is fully and unconditionally discharged, released, and exonerated and the Fidelity and Deposit Company of Maryland is hereby released from any and all past, present and future liability arising under or in connection with the Bond.

DATED THIS 19 day of April, 2018.

_____
The Honorable James L. Robart
United States District Court

Presented By:

By: /sJonathan Gross
Jonathan Gross, Esq. *Pro Hac Vice*
MOUND COTTON WOLLAN & GREENGRASS LLP
2200 Powell Street, Suite 1125
Emeryville, CA 94608
Tel: (510) 900-9371;
Fax: (510) 900-9381
E-mail: jgross@moundcotton.com

ATTORNEY FOR AMERICAN ZURICH INSURANCE COMPANY

[PROPOSED] ORDER GRANTING THE PARTIES' STIPULATION TO DISCHARGE SUPERSEDEAS BOND NUMBER CGB 7644453

2

**Mound Cotton Wollan & Greengrass**
2200 Powell Street, Suite 1125
Emeryville, CA 94608
Tel: (510) 900-9371
Fax: (510) 900-9381

Case No. 2:13-cv-00611-JLR

1  By: *s/Richard Dykstra*
    Richard Dykstra, Esq. WSBA No. 5114
2   FRIEDMAN RUBIN
    51 University Street, Suite 201
3   Seattle, WA 98101
    Tel: (206) 501-4446
4   Fax: (206) 623-0794
5   Email: rdykstra@friedmanrubin.com

6   ATTORNEY FOR MKB CONSTRUCTORS

[PROPOSED] ORDER GRANTING THE           3      **Mound Cotton Wollan & Greengrass**
PARTIES' STIPULATION TO DISCHARGE              2200 Powell Street, Suite 1125
SUPERSEDEAS BOND NUMBER CGB                    Emeryville, CA 94608
7644453                                        Tel: (510) 900-9371
                                               Fax: (510) 900-9381
Case No. 2:13-cv-00611-JLR